386 A.2d 609

Commonwealth v. Smith, Appellant.

Argued September 15, 1977. Joel M. Scheer, for appellant; John J. Segata, Jr., Assistant District Attorney, and John E. Gallagher, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.